UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERWIN CAPUNAY GUZMAN,<br><br>       Petitioner,<br><br>   v.<br><br>WILLIAM P. JOYCE, *in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement*; KRISTI NOEM, *in her official capacity as Secretary, U.S. Department of Homeland Security*, PAMELA BONDI, *in her official capacity as Attorney General, U.S. Department of Justice*,<br><br>       Defendant. | 25-CV-4777 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The Court has received Petitioner's motion seeking an order directing Respondents to return him to the Southern District of New York. The Government shall file a response no later than June 11, 2025 at 10:00 a.m.

SO ORDERED.

Dated:  June 10, 2025
      New York, New York

                       _____
                         Ronnie Abrams
                         United States District Judge