UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DERWIN CAPUNAY GUZMAN,

                    Petitioner,

     v.

WILLIAM P. JOYCE, *in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement*; KRISTI NOEM, *in her official capacity as Secretary, U.S. Department of Homeland Security*, PAMELA BONDI, *in her official capacity as Attorney General, U.S. Department of Justice*,

                    Defendant.

25-CV-4777 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Petitioner shall submit a reply to the Government's opposition to the Motion to Compel no later than June 13, 2025 at 12:00 p.m. In particular, Petitioner shall set forth reasons why his presence in this district is necessary to facilitate the resolution of this matter. *See Ozturk v. Hyde*, 136 F.4th 382, 402 (2d Cir. 2025); *Ozturk v. Trump*, No. 2:25-CV-374, 2025 WL 1145250, at *22–23 (D. Vt. Apr. 18, 2025).

SO ORDERED.

Dated:     June 12, 2025
             New York, New York

                                                      _____
                                                      Ronnie Abrams
                                                      United States District Judge