

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
June 12, 2025

June 12, 2025

*Via ECF*

Honorable Ronnie Abrams
United States Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Capunay Guzman v. Joyce, et al., No. 25-cv-4777-RA**

Dear Judge Abrams:

We represent Petitioner, Derwin Capunay Guzman ("Mr. Capunay"), in his Petition for a Writ of Habeas Corpus filed on June 5, 2025. On June 9, 2025, we filed a Motion to Compel Petitioner's Return to the District. Your Honor ordered the Government to respond to Petitioner's Motion by June 11 at 10:00 a.m. The Government requested and was granted an extension until 5:00 p.m. The Government timely filed their opposition just before 5:00 p.m. on June 11.

We are now in receipt of Your Honor's Order for Petitioner to file a reply to the Government's opposition by 12:00 p.m. tomorrow, June 13, 2025. We write to respectfully ask the Court for a short extension of that deadline, to 3:00 p.m. tomorrow. Counsel has personal obligations tomorrow morning in addition to other time-sensitive client work.  This is the first request for an extension in this matter. I reached out to counsel for Respondents via email at 4:13 p.m. for their position on this request and let them know I would like to file by 5:00 p.m. I did not receive their response before filing.

Thank you for your consideration.

Respectfully submitted,

/s/ Jessica Swensen
Jessica Swensen
THE BRONX DEFENDERS



360 East 161st Street
Bronx, New York, 10451
(347) 842-1218
jessicas@bronxdefenders.org

cc: Anthony Sun, Assistant U.S. Attorney, via ECF