**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DERWIN CAPUNAY GUZMAN,

                Petitioner,           25 **CIVIL** 4777 (RA)

    -against-                                      **JUDGMENT**

WILLIAM P. JOYCE, in his official capacity as
Acting Field Office Director, New York City Field
Office, U.S. Immigration & Customs Enforcement;
KRISTI NOEM, in her official capacity as
Secretary, U.S. Department of Homeland Security,
PAMELA BONDI, in her official capacity as
Attorney General, U.S. Department of Justice,

                Respondents.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 17, 2025, Petitioner has failed to exhaust his administrative remedies, or to meet any of the exceptions to the prudential exhaustion requirement. The Petition is denied without prejudice and judgment is entered dismissing the Petition; accordingly, the case is closed.

**DATED:** New York, New York
             July 17, 2025

                                                     **TAMMI M. HELLWIG**
                                                       **Clerk of Court**
                 **BY:**
                                                       *K. Mango*
                                                     **Deputy Clerk**